# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130070

RICHARD A. KIMBLE,
      Plaintiff-Appellant,

v

                                      SC: 130070
                                        COA: 264457

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the November 22, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006                                               _____

d0522                                                       Clerk